UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 14-109-DLB

JOE CRESS                                                                                                       PLAINTIFF

vs.                                       **JUDGMENT**

CAROLYN W. COLVIN, Acting
Commissioner of Social Security                                         DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1)    The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)    Plaintiff's complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and,

(3)    This action is **STRICKEN** from the active docket of this Court.

(4)    This is a final and appealable order and no just cause for delay exists.

This 11th day of August, 2015.



Signed By:
David L. Bunning *DB*
United States District Judge

G:\DATA\SocialSecurity\MOOs\Pikeville\7-14-109 Cress Judgment.wpd